AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

|  |  |
|---|---|
| Nick Fisher, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>*Plaintiff(s)*<br>v.<br>Porch.com, Inc.; German Roofing, LLC; John Doe Telemarketing Defendants; and John Doe Home Improvement Defendants,<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-05054-JZB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Porch.com, Inc.
　　　　　　　　　　　　　　　　　c/o Registered Agent
　　　　　　　　　　　　　　　　　National Registered Agents, Inc.
　　　　　　　　　　　　　　　　　711 Capitol Way S, Ste 204
　　　　　　　　　　　　　　　　　Olympia, Washington 98501

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　James C. Vlahakis
　　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Ave, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk*

**ISSUED ON 11:04 am, Aug 30, 2019**

**s/ Brian D. Karth, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-05054-JZB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❒ I returned the summons unexecuted because _____ ; or

 ❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                 _____
                       *Server's signature*

                 _____
                       *Printed name and title*

                 _____
                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Nick Fisher, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Porch.com, Inc.; German Roofing, LLC; John Doe Telemarketing Defendants; and John Doe Home Improvement Defendants,<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-05054-JZB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* German Roofing, LLC
c/o Registered Agent
Dianna Johnson
656 S 97th Pl
Mesa, AZ 85208


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk*

**ISSUED ON 11:04 am, Aug 30, 2019**
**s/ Brian D. Karth, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-05054-JZB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: