James Vlahakis (Illinois St. Bar No. 6230459)
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 581-5456
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff (pro hac vice)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nick Fisher, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>Porch.com, Inc.; German Roofing, LLC; John Doe Telemarketing Defendants; and John Doe Home Improvement Defendants,<br><br>    Defendants. | Case No. 2:19-cv-05054-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Nick Fisher ("Plaintiff"), by and through his undersigned counsel, and in support of his Notice of Voluntary Dismissal With Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this civil action is voluntarily dismissed with prejudice against the two Defendants that have appeared through counsel, Defendant Porch.com, Inc. and Defendant German Roofing, LLC (the "Defendants"). This notice of voluntary dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by the Defendants.

Dated: December 27, 2019

Respectfully submitted,

By: /s/ James C. Vlahakis
James C. Vlahakis, Esq.
SULAIMAN LAW GROUP, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, attorney for Plaintiff, certifies that on December 27, 2019, he caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

<u>/s/ James C. Vlahakis</u>
James C. Vlahakis, Esq.

2