IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nick Fisher,<br><br>    Plaintiff,<br><br>vs.<br><br>Porch.com Incorporated, et al.,<br><br>    Defendants. | No. CV-19-05054-PHX-SPL<br><br>**ORDER** |

Having reviewed Plaintiff's renewed Notice of Voluntary Dismissal (Doc. 21),[1]

**IT IS ORDERED** that this matter is dismissed **with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 17th day of January, 2020.

　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff previously filed a Notice of Voluntary Dismissal (Doc. 18) on November 4, 2019 requesting that the action against Defendants Porch.com, Inc. and German Roofing, LLC be dismissed *without prejudice*.